1

2          UNITED STATES DISTRICT COURT

3      FOR THE EASTERN DISTRICT OF WASHINGTON

4

5    KAYLEEN LORRAINE BEDESKI,

6          Plaintiff,                    No.   2:13-CV-0177-WFN

7    v.

8    CAROLYN W. COLVIN,                  JUDGMENT IN A
                                         CIVIL CASE
9    Commissioner of Social Security,

10          Defendant.

11

12    **DECISION BY THE COURT:**

13

14        This action came to hearing before the court.  The issues have been heard

15    and a decision has been rendered.

16

17        **IT IS ORDERED AND ADJUDGED** that:

18        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

19

20    Motion for Summary Judgment is **DENIED**.      Judgment is entered for

21    Defendant.

22

23        DATED: April 10, 2014

24
                                         SEAN F. McAVOY
25                                       Clerk of Court

26
                                         By:  *s/Cora Vargas*
27                                            Deputy Clerk

28

29
─────────────────────────────────────────────
30    **1 | JUDGMENT IN A CIVIL CASE**